**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER S. ALVARADO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OPTION ONE MORTGAGE, et )<br>al. )<br>)<br>Defendants. )<br>_____ ) | Case No. CV 10-07651<br>VAP(VBKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Option One Mortgage, H&R Block World Headquarters, and Recontrust Comapny, N.A., is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated:  February 15, 2011      _____
                              VIRGINIA A. PHILLIPS
                              United States District Judge